# Exhibit 1



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (John Fielding)[ in Name Claimant ]
Search Results: Displaying 9 of 13 entries

*John Fielding - Group Registration Photos - Published January 3 2014 to...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002239995 / 2021-01-15 |
| **Application Title:** | John Fielding - Group Registration Photos - Published January 3 2014 to December 29 2014; 346 number of photos |
| **Title:** | John Fielding - Group Registration Photos - Published January 3 2014 to December 29 2014; 346 number of photos. [Group registration of published photographs. 346 photographs. 2014-01-03 to 2014-12-29] |
| **Description:** | 346 photographs : Electronic file (eService) |
| **Copyright Claimant:** | John Fielding. Address: 2A Upton Rd, Norwich, NR4 7PA, United Kingdom. |
| **Date of Creation:** | 2014 |
| **Publication Date Range:** | 2014-01-03 to 2014-12-29 |
| **Nation of First Publication:** | United Kingdom |
| **Authorship on Application:** | John Fielding; Domicile: United Kingdom. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2014 (13 photographs): Orfordness transmitting station - Suffolk aerial image, Aldeburgh aerial image: Martello Tower, Aldeburgh aerial image - Fort Green Mill, Aldeburgh aerial image - St Peter & St Paul Church, Thorpeness aerial image - village on the Suffolk UK coast, Great Whelnetham Hall aerial image - Suffolk moated mansion, Stiffkey aerial image - Stiffkey Old Hall & church, Stiffkey Old Hall aerial image - Norfolk UK, Hindringham Hall aerial image - Norfolk UK Grade 2 listed moated mansion, Happy Birthday Charlotte, Freston Tower on a frosty winter's day, Pin Mill on the River Orwell in Suffolk UK, Flatford Bridge over the River Stour in Suffolk

Published in October 2014 (34 photographs): Dartmouth ferry - Devon UK, Let us pray - St Lucia rowing boat out fishing, Santa pops out for some bananas on his magic blue canoe - St Lucia canoe, out in the rain - St Lucia - man on pier smoking, Winterton On Sea aerial image - east coast of Norfolk UK, Winterton On Sea aerial image: Church of the Holy Trinity and All Saints, Winterton On Sea aerial image - lighthouse on the Norfolk coast, Horsey Gap aerial image - on the east Norfolk coast, Waxham Sands campsite aerial image - Norfolk UK, Winterton Ness aerial image - Norfolk UK, Jet Ski Aerial image off Sea Palling in Norfolk UK, Waxham aerial image - sea defences on the coast of Norfolk UK, Sea Palling aerial image - rock reef sea defences off the Norfolk coast 01, Sea Palling aerial image - rock reef sea defences off the Norfolk coast 02, Sea Palling aerial image - summer on the beach in Norfolk UK, Eccles On Sea aerial image - Norfolk UK seaside, Eccles aerial image: North Gap on the Norfolk coast, aerial view of Happisburgh on the coast of Norfolk - aerial image, Happisburgh aerial image - Norfolk lighthouse built in 1790, Happisburgh aerial image - Norfolk being chiseled away, Happisburgh aerial image: St Mary's Church in Norfolk UK, Mundesley aerial image - on the north Norfolk coast of England, Mundesley aerial image - the cliffs of Norfolk UK, Mundesley Mill Pond, The gradual collapse of Mundesley cliffs - Mundesley in Norfolk aerial image, Cromer aerial image - church aerial - Norfolk UK, Norwich Anglia Square aerial image - Norfolk UK - forever waiting demolition, Walcott aerial image - on the North Sea coast of Norfolk UK, Hemsby aerial image - beautiful golden Norfolk sands, Twyford aerial image - Railway Station in Berkshire UK, Stonor House aerial image - Mansion & Gardens in Oxfordshire UK RG9 6HF 01, Stonor House aerial image - Mansion & Gardens in Oxfordshire UK RG9 6HF 02, Greys Court aerial image - Oxfordshire UK, Super Cub G OFER - White Waltham airfield in Berkshire UK

Published in October 2014 (7 photographs): Southwold aerial image - St Edmunds Church - Suffolk UK 01, Aerial view of Lakenheath airbase in Suffolk England - runway 24, At Sittles Farm airfield you have to tow your plane across a public road to reach the runway, Eurostar G CFFE air to air image of Eurostar microlight aircraft, EV97 Eurostar G CFFE air to air image of microlight aircraft, Reading aerial image - Madejski Stadium - home of Reading football club in Berkshire UK, Come back in 20 years and there's likely to be a new London airport here.

Published in November 2014 (33 photographs): Norwich aerial image - high resolution image of Norwich city centre in Norfolk UK, Stormbunny - storm trooper with pink bunny ears, Great Yarmouth aerial image - Wellington Pier & Winter Gardens aerial image - the Norfolk seaside, Southwold aerial image - Suffolk lighthouse at sunset, Snape Maltings aerial image - Suffolk UK 01, Snape Maltings aerial image - Suffolk UK 07, Snape Maltings in Suffolk - view over the River Alde, Snape Maltings in Suffolk - amazing roof in black and white, Snape Maltings in Suffolk view over the reeds and River Alde, Snape Maltings in Suffolk - roof in colour, Denham Hall aerial image - near Eye in Suffolk - moated house, The Old Rectory in Whatfield aerial image of moated house in Suffolk England, Edwins Hall aerial image - moated great house in Essex, Three Ash Farm aerial image of moated farm house in Suffolk England, Hunsett Mill - aerial image of Windmill on the River Ant in Norfolk UK, Aylsham aerial image: Old Mill House - Norfolk UK, Boardman's Windmill - Ludham - Norfolk aerial image, St Benets Level Drainage Mill - Norfolk windmill aerial image, Today's Rose, Norfolk Broads aerial image: Thurne Dyke Drainage mill aerial, Norfolk Broads aerial image: Tall Mill Drainage windmill, Norfolk Punt Club on Barton Broad - Norfolk Broads aerial image, Barton Broad aerial image - Waxwing on The Norfolk Broads, Cox's Boatyard at Barton Turf Staithe - Norfolk Broads aerial image, St Benets Abbey aerial image - Norfolk UK 01, St Benets Abbey aerial image - Norfolk UK 08, Aylsham aerial image: St Michael And All Angels church 01, Norfolk Broads aerial image - Clippesby Drainage Mill, Norfolk Broads aerial image: Cadges Drainage Mill, Muttons Drainage Mill - Norfolk Broads aerial image, Polkeys Drainage Mill - Norfolk Broads windmills aerial image, Wayford Bridge aerial image - Norfolk Broads, Acle aerial image - Acle Bridge crossing the River Bure in Norfolk UK |

Published in November 2014 (19 photographs): Wiseman's Oby Drainage Mill - windmills of the Norfolk Broads aerial image, Hardley Drainage Mill aerial image - Norfolk windmill, Turf Fen Mill aerial image - windmill of the Norfolk Broads, Eurostar microlight aircraft coming into land - viewed from above, Framlingham Castle aerial image - Suffolk UK 01, Norwich City aerial 4892 x 3240, Deene Hall and Park aerial image - near Corby in Northamptonshire, Deene Park aerial image: St Peters Church, Deene Hall & Park aerial image - Northamptonshire UK, Eyebrook Reservoir aerial image - straddling Leicestershire & Rutland, The Dambusters used Eye Brook Reservoir to practise for the M�hne Reservoir - UK aerial image, Rockingham Castle aerial image - Northamptonshire UK, St Leonards church - Rockingham Castle aerial image, Norwich aerial image: Former site of City Railway Station, Kirby Hall aerial image - one of England?s greatest Elizabethan houses, Kirby Hall aerial image - Northamptonshire UK, Kirby Hall aerial image - Northamptonshire UK 02, Cantley Sugar Factory aerial image - Norfolk UK 01, Stracey Arms aerial image - Drainage Mill in Norfolk UK

Published in December 2014 (13 photographs): Thetford aerial image - town centre in Norfolk UK, Banningham aerial image: St Botoph Church in Norfolk UK, Nevill Holt Hall aerial image - Leicestershire UK, Norwich Castle aerial image - Norfolk UK 01, Wramplingham aerial image: St Peter & St Paul Church - Norfolk UK, Dartmouth Naval College in Devon UK, Stepped housing in Dartmouth from the River Dart in Devon, The Kingswear Castle ferry at Dartmouth in Devon, Brettenham aerial image: St Mary's church - Norfolk UK, Shadwell Court aerial image - Brettenham Norfolk UK 02, Shadwell Court aerial image - Brettenham Norfolk UK 01, Letheringham Lodge aerial image - Suffolk England, Norwich aerial image - before the rain

Published in February 2014 (28 photographs): Hingham aerial image: St Andrews Church - Norfolk UK, Hingham aerial image - Norfolk home of President Lincoln's ancestors, Hingham aerial image - church of Abraham Lincoln's ancestors, Flying above Great Yarmouth - aerial image, Parham aerial image - Moat Hall - moated mansion in Suffolk UK, Letheringham aerial image - Old Farm Hall moated home, Wymondham Abbey aerial image - February 2014 - A, Wymondham Abbey aerial image - February 2014 - C, Wymondham Abbey aerial image - February 2014 - B, All Saints Church in Hethel - Norfolk aerial image, Shotesham Old Hall aerial image - Norfolk, Shotesham aerial image: Church of St Mary in Shotesham Norfolk UK, St Martins Church Shotesham - Norfolk aerial image, Nethergate aerial image: St Mary Saxlingham in Norfolk, Flatford Mill aerial image - a wet Suffolk UK, Flatford Mill aerial image - Suffolk UK flooded A, Flatford Mill aerial image - Suffolk UK flooded B, Flatford Mill - scene of The Hay Wain - pond in winter, Coldham Hall aerial image - Suffolk UK, Party's over - back to the daily grind, Gedding Hall aerial image - Suffolk moated mansion A, Gedding Hall aerial image - Suffolk moated mansion B, Barrards Hall aerial image - Suffolk UK, Gosworld Hall aerial image - Suffolk UK, Felsham Hall aerial image - Suffolk UK, Alton Water aerial image: reservoir in Suffolk - UK aerial view, Royal Hospital School aerial image - Suffolk UK a, Royal Hospital School aerial image - Suffolk UK e

Published in March 2014 (25 photographs): Marrakech Super Salesman, Strawberry Trader - Morocco street trader with barrow of strawberries, Behind the souks, Running Head Gear - Morocco street scene, Satellite Alley Biker Morocco street scene, Alley Traffic - Morocco street scene, Grasping The Pike, Goat Herders of the Atlas Mountains - Moroccan street photography, Herders - Morocco street photography, View from the Kasbah Samra guesthouse in Tamatert, Towards Jbel Toubkal - walking up a valley in the Atlas mountains of Morocco, Water social - street photography in Morocco, Onward Upward - hiking along a valley in the Atlas Mountains of Morocco, Mountain Village in the Atlas Mountains of Morocco, Essaouira on the coast of Morocco, Essaouira Boat Building on the coast of Morocco, Ashwellthorpe Hall aerial image - Grade 2 listed building in Norfolk, the great game - Essaouira street photography - Morocco, Moroccan short back & sides Essaouira barber, Southend aerial image - on the coast of Essex UK, Southend Pier aerial image - end of Essex pier, Southend Pier aerial image - long long pier in Essex UK, Cobelfret Ferries - M/F Melusine ship on the Thames aerial image, Cliffe Fort on the Hoo Peninsular - Essex aerial image A, Cliffe Fort on the Hoo Peninsular - Essex aerial image B

Published in April 2014 (37 photographs): Messrs Curtis & Harveys works & HM Cordite Factory - Hoo Peninsula Essex UK aerial image A, Messrs Curtis & Harveys works & HM Cordite Factory - Hoo Peninsula - Essex aerial image C, Messrs Curtis & Harveys works & HM Cordite Factory - Hoo Peninsula - Essex aerial image B, Messrs Curtis & Harveys works & HM Cordite Factory - Hoo Peninsula - Essex aerial image D, Binham Priory aerial image - Norfolk UK A, Binham Priory aerial image - Norfolk UK B, Pin Mill aerial image - Suffolk UK b, Pin Mill aerial image - Suffolk UK a, Freston Tower aerial image - Suffolk UK a, St Mary Magdalene - Debenham aerial image - Suffolk UK, Debenham aerial image - Suffolk UK town, Norwich aerial image: UEA - University of East Anglia - Norfolk UK, Warham Iron Age Hill Fort aerial image - Norfolk UK a, Flying low over the north Norfolk coastal wilderness Norfolk coast aerial image, Fingringhoe Mill on the Roman River - Essex aerial image, William, Helmingham Hall aerial image - Suffolk moated great house - A, Eye Airfield aerial image - Suffolk UK - A, Shimpling aerial image: St George's Church, Magdalen Street & Anglia Square - Norwich aerial image, Raveningham Hall and Gardens - Norfolk aerial image, Audley End House - aerial image A, Audley End House & Gardens - aerial image E, Audley End House & Gardens - aerial image D, Audley End House & Gardens - aerial image B, Audley End House & Gardens - aerial image F, Audley End House & Gardens - aerial image C, Saint Mary's Church in Saffron Walden - Essex UK aerial image, Westhorpe Hall - Suffolk UK aerial image, Tolleshunt D Arcy Hall - Essex aerial image, Wetherden Old Hall - Suffolk UK aerial image, Lavenham aerial image: Saint Peter & Saint Paul Church - A, St Peter and St Paul Church in Lavenham, Lavenham aerial image - town in Suffolk UK, The Vicarage in Hoxne - Suffolk UK aerial image, East Donyland Hall in Essex - UK aerial image, Baylhams Hall - moated great house in Essex - UK aerial image A

Published in April 2014 (5 photographs): Cockfield aerial image: St Peter's church - Suffolk UK, Gubbions Hall aerial image - Essex UK, St Aylotts aerial image - Essex UK, Stanley Hall - aerial image Essex UK, Ilketshall St Lawrence - St Lawrence church aerial image

Published in May 2014 (24 photographs): Boats Hall - aerial image - Suffolk UK b, Boats Hall - aerial image - Suffolk UK, Rocketman, Mettingham Castle aerial image - Suffolk UK b, Mettingham Castle aerial image - Suffolk UK a, Woolverstone Hall aerial image - Ipswich High School - Suffolk UK, Woolverstone Marina aerial image - Suffolk UK, Wisp, Norwich aerial image - Lawrence Scott - Colman's Carrow Works - Norwich City football ground, Killigrews aerial image - moated great house in Essex, Denham Hall aerial image - moated great house in Suffolk, Moat Farmhouse - Wilby aerial image, Moat House Farm - Pilgrim's Hatch aerial image - Essex UK, Dovedon Hall aerial image - Suffolk UK, Approaching Hill Farm on the ground - Lavenham Suffolk UK, Inner Guidance Retreat Centre in Lavenham - aerial image, Grounded - Inner Guidance, The Gandhi Room, Lavenham aerial image: Saint Peter & Saint Paul Church - 01, Lavenham Church, How does it not fall down? Lavenham crooked house - Suffolk UK, Sharon likes cake ... but which one? Cake love in Suffolk, Munnings Tea Emporium in Lavenham, A billowing over Suffolk fields in spring

Published in June 2014 (28 photographs): Mablethorpe aerial image - Lincolnshire seaside, Tiger Moth G-BYLB landing on 04 at Cromer Northrepps, Tiger Moth G-BYLB in flight, Skegness aerial image - Lincolnshire UK resort - 02, Skegness aerial image - Lincolnshire UK resort - 01, Skegness aerial image - Lincolnshire UK resort - 03, Skegness aerial image - Lincolnshire UK resort - 04, Skegness aerial image - Train Station, Ed, Wissington Sugar Factory aerial image, Smallbridge Hall aerial image - moated mansion in Suffolk next to the River Stour, Smallbridge Hall, Smallbridge Hall window, Smallbridge Hall - kind owners showing us round, Hastings - fishing boats on the beach - East Sussex, RX58 - Hastings fishing boat on the beach, One more push should do it - launching fishing boat from Hastings beach, Gull On Red, Hard Times, Both Ways, Cromer Lighthouse aerial image - Norfolk UK - 01, Cromer Lighthouse aerial image - Norfolk UK - 02, Cromer Seafront aerial image - Norfolk UK, Cromer Pier aerial image - Norfolk UK - 01, Sheringham aerial image - north coast of Norfolk UK, Sheringham aerial image - beach seafront and the converted public loo, Holkham National Nature Reserve aerial image - Norfolk UK, Flying low over the north Norfolk coast in a Skyranger microlight

Published in July 2014 (28 photographs): Cliff top living - house near the edge of the north Norfolk cliffs - UK aerial image, The north sea eats away the Norfolk coastline - cliff erosion in North Norfolk - aerial image, Orben Beck or Organ Beck Pond in Beeston Regis - Norfolk aerial image, Blakeney aerial image - once a major port in north Norfolk, Great Yarmouth aerial image - Wellington Pier & Winter Gardens, The Flower Ritual, Wells Next The Sea aerial image - boats moored in the harbour, Wells Next The Sea aerial image - the Albatros moored in the harbour, Great Yarmouth aerial image - Britannia Pier built in 1858, Great Yarmouth aerial image: Pleasure Beach fairground opened in 1909, Great Yarmouth aerial image: Pleasure Beach funfair & amusements, Wellington Pier on the seafront in Great Yarmouth - Norfolk UK, Great Yarmouth aerial image - the Winter Gardens & Wellington Pier, No Escape, Latitude Festival aerial image 2014 - Suffolk UK - 01, Latitude Festival aerial image 2014 - Suffolk UK - 02, Latitude Festival aerial image 2014 - Suffolk UK - 03, Latitude Festival aerial image TENTS - Suffolk UK - 05, Latitude Festival aerial image 2014 - Suffolk UK - 04, The Winter Gardens - Great Yarmouth awaiting renewal, Scroby Sands aerial image

Latitude Festival aerial image 2014 - Suffolk UK - 04, The Winter Gardens - Great Yarmouth awaiting renewal, Scroby Sands aerial image - Norfolk UK - off Great Yarmouth, Cley aerial image - windmill and sea defences in north Norfolk, Scroby Sands aerial images - seals visible lower left, Pleasurewood Hills aerial image: Wipeout ride in Suffolk, Pleasurewood Hills aerial image - Suffolk UK - 05, Cromer aerial image - shrouded in fog - north Norfolk, Gorleston On Sea aerial image - Suffolk UK beach - 02, Gorleston On Sea aerial image - Suffolk UK beach

Published in August 2014 (35 photographs): Hopton Holiday Park aerial image - Suffolk UK, Rowing On Green, Wells Lifeboat Station aerial image - RNLI north Norfolk, Great Yarmouth aerial image: Outer Harbour in Norfolk - 02, Great Yarmouth aerial image: Outer Harbour in Norfolk - 01, Sizewell aerial image - Nuclear power station in Suffolk - 01, Sizewell aerial image - Nuclear power station in Suffolk - 13, Sizewell Nuclear Power Station on the Suffolk UK coast, Shingle Street Coastguard Cottages on the Suffolk UK coast, Shingle Street aerial image - Suffolk UK - 01, Shingle Street aerial image - shingle spit - Suffolk UK - 03, Coastguard Cottages in Shingle Street - Suffolk, Shingle Street Coastguard Cottages viewed from the shingle spit, Eurostar G-CGGM microlight air to air image, Harwich aerial image - cruise ship in port - Suffolk UK, Harwich aerial image - Suffolk UK: Brilliance Of The Seas cruise ship in harbour, Felixstowe Beach aerial image - Suffolk UK coast, Felixstowe Pier & beach aerial image - Suffolk UK coast, Landguard Fort aerial image - Felixstowe Suffolk UK - 02, Landguard Fort aerial image - Felixstowe Suffolk UK - 01, Bawdsey Manor and the mouth of the River Deben - Suffolk UK aerial image, Bawdsey Manor aerial image - Suffolk UK great house, Bawdsey Manor on the Suffolk coast of England - 01, Kite Surfer aerial image - kite surfing of Winterton in Norfolk, Caister Lifeboat Station aerial image - Norfolk UK, Ipswich Football Ground aerial image - Suffolk UK 02, The most expensive home in Britain: Park Place in Remenham - Berkshire aerial image, Great Yarmouth aerial image: Power Station - Norfolk UK, Combine harvester aerial image - dusty Norfolk UK, Reading aerial image - railway station, Newmarket Racecourse aerial, Newmarket Racecourse aerial image - Suffolk UK horse racing - 02, The sun beams passed through a mist of light rain, Great Yarmouth aerial image - Joyland - Norfolk UK coast, Great Yarmouth aerial image - Marina Leisure Centre - demolished 2020

Published in August 2014 (3 photographs): Great Yarmouth aerial image - the Yarmouth Hippodrome - It is said that Charlie Chaplin performed here before emigrating to the States, Great Yarmouth aerial image - Racecourse - horse racing, Great Yarmouth aerial image - The Stadium - stock car racing and greyhound racing

Published in September 2014 (14 photographs): California in Norfolk aerial image, Freightliner in Reading - aerial image, Paramotor flier getting ready for take off, Woburn Abbey aerial image - Bedfordshire stately home 01, Woburn Abbey aerial image - Bedfordshire stately home 02, Great Yarmouth - aerial image - St George's Theatre - My Great Grandfather was vicar here from 1899 to 1936, Great Yarmouth aerial image: The Minster Church of St Nicholas, Great Yarmouth aerial image: Breydon Bridge across the River Yare, Berney Arms Windmill aerial image - Norfolk UK, Sea Hunter - modesty protected - colourful fishing boat in the Caribbean, High Seas - fishing boats off St Lucia in the Caribbean, Fisherman haul up their nets in the seas off St Lucian in the Caribbean, St Lucian fishermen with red boat, JAH Watch Over - St Lucia rowing boat in Caribbean Sea

**Names:** Fielding, John



| Save, Print and Email (Help Page) |
|---|
| Select Download Format: Full Record [Format for Print/Save] |
| Enter your email address: [       ] [Email] |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page